DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 478P12 | State v. Patricia Ann Black | 1. Def's NOA Based Upon a Constitutional Question (COA11-1342) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 479P12 | State v. Detarvis Travis Farrow | Def's PDR Under N.C.G.S. § 7A-31 (COA12-174) | Denied |
| 484P12 | State v. Mohssen Almogaded | 1. Def's NOA Based Upon a Constitutional Question (COA12-220) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 486P12 | Maritta Louise Hudgins v. RLB Management, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-218) | Denied |
| 495P12 | State v. Antonio Ramille Ryans | Def's *Pro Se* Motion for Petition for Actual Innocence (COAP11-307) | Denied |
| 497P12 | State v. Jay Mikal Brooks-Bey | 1. Def's *Pro Se* Motion for NOA (COAP12-994) | 1. Dismiss *ex mero motu* |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Denied **(12/14/12)** |
| | | 3. Def's *Pro Se* Motion for Writ of Discovery | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion for Petition for Writ of Inquiry and Correction of Records | 4. Dismissed |
| 504P12 | State v. Tyrone Johnson | 1. Def's NOA Based Upon a Constitutional Question (COA12-221) | 1. Dismiss *ex mero motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | | **Beasley, J. Recused** |
| 505P12 | State v. Salman Aslam Chaudhry | Def's PDR under N.C.G.S. § 7A-31 (COA12-161) | Denied |